UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<span>LLSTATE</span> I<span>NSURANCE</span> C<span>OMPANY</span>,	Case No. 06-11933

      Plaintiff,	SENIOR UNITED STATES
	DISTRICT JUDGE
v.	ARTHUR J. TARNOW

R<span>OBERT</span> H<span>ARRIS AND</span> R<span>EGINA</span>
W<span>ILLIAMS</span>,

      Defendants.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [107]

On May 3, 2011, Magistrate Judge Whalen issued a Report and Recommendation [107] that Plaintiff Wililams' Objection to Writ of Garnishment [101] should be dismissed as moot. No objection to the Report and Recommendation was filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff Williams' Objection to Writ of Garnishment

1


[101] is **DISMISSED AS MOOT**.

**SO ORDERED**.

                              S/ARTHUR  J. TARNOW
                              ARTHUR J. TARNOW
                              United States District Judge

DATED:   May 23, 2011

     I hereby certify that a copy of the foregoing document was served upon counsel of record on May 23, 2011 by electronic and/or ordinary mail.

                              s/Shawntel Jackson
                              Interim Case Manager